**FILED**
CLERK, U.S. DISTRICT COURT

01/28/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___C. Wynn___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GRESHAM,<br><br>    Petitioner,<br><br>  v.<br><br>CYNTHIA Y. TAMPKINS, Warden,<br><br>    Respondent. | Case No. CV 14-4453-MWF (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) granting Respondents' Motion to Dismiss; and (2) dismissing the Petition for a Writ of Habeas Corpus with prejudice.

Dated: January 28, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE