FILED
CLERK, U.S. DISTRICT COURT

01/28/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_C. Wynn\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GRESHAM,<br>        Petitioner,<br>    v.<br>CYNTHIA Y. TAMPKINS, Warden,<br>        Respondent. | Case No. CV 14-4453-MWF (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 28, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE